[No. 10,084.]

## THE PEOPLE *v.* ROACH.

PROOF OF VENUE IN CRIMINAL CASE.—In a criminal case, the prosecution must prove that the offense was committed in the county charged in the indictment.

APPEAL from the County Court, Mendocino County.

The defendant was indicted for a crime alleged in the indictment to have been committed in the County of Mendocino. He was convicted, and appealed.

The other facts are stated in the opinion.

*J. B. Lamar* and *W. W. Pendegast,* for the Appellant.

*The Attorney-General,* for the People.

By the Court, NILES, J.:

The record purports to set forth "substantially all the evidence given at the trial." There was no evidence whatever tending to show that the offense was committed in the county of Mendocino, as charged. This omission is fatal. (*People* v. *Parks,* 44 Cal. 105; *People* v. *York,* 9 Cal. 421.)

Judgment reversed and cause remanded for a new trial.

Mr. Justice RHODES did not express an opinion.